IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-00210-GPG

ERNIE LEE CALBART,

    Plaintiff,

v.

ZIMMER, INC.,
ZIMMER HOLDING, INC., and
ZIMMER ORTHOPEDIC SURGICAL PRODUCTS, INC.,

    Defendants.

## ORDER DRAWING CASE

After review pursuant to 28 U.S.C. § 1915, the Court has determined that this case does not appear to be appropriate for summary dismissal and should be drawn to a presiding judge, and when applicable to a magistrate judge.   *See* D.C.COLO.LCivR 40.1.   Accordingly, it is

ORDERED that this case shall be drawn to a presiding judge, and when applicable to a magistrate judge.

DATED March 7, 2016, at Denver, Colorado.

                                        BY THE COURT:

                                        Gordon P. Gallagher
                                        United States Magistrate Judge