IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  16-cv-00210-MJW

ERNIE LEE CALBART,

Plaintiff,

v.

ZIMMER INC.,
ZIMMER HOLDING INC., and
ZIMMER ORTHOPAEDICS SURGICAL PRODUCTS INC.,

Defendants.

---

### ORDER SETTING STATUS CONFERENCE AND
### SETTING DEADLINE FOR FILING OF CONSENT/NON-CONSENT FORM

---

Entered by Magistrate Judge Michael J. Watanabe

The above-captioned case has been directly assigned to Magistrate Judge Michael J. Watanabe pursuant to D.C.COLO.LCivR 40.1(d)(1) governing special assignment of civil cases.

**IT IS HEREBY ORDERED that on or before May 10, 2016, the parties shall complete and file the Consent/Non-Consent Form attached to this Order as an exhibit, indicating either unanimous consent of the parties or that consent has been declined.**

**IT IS FURTHER ORDERED** that a Status Conference shall be held on:

> May 24, 2016 at 10:30 a.m.
> in Courtroom A-502,
> Fifth Floor,
> Alfred A. Arraj U.S. Courthouse,
> 901 19th Street,
> Denver, Colorado 80294

1

**Absent exceptional circumstances, no request for rescheduling any appearance in this court will be entertained <u>unless a written request is made FIVE (5) business days in advance of the date of appearance.</u>**

<u>THE PLAINTIFF SHALL NOTIFY ALL PARTIES WHO HAVE NOT ENTERED AN APPEARANCE OF THE DATE AND TIME FOR THE STATUS CONFERENCE.</u>

FURTHER, it is ORDERED that the Clerk of the Court shall add the following interested party to the manual notification for this case for continuing manual notice until further ordered:

TO THE CASE MANAGER/
INMATE COORDINATOR OF:
#85180
Sterling Correctional Facility (SCF)
Ernie Lee Calbert
P.O.Box 6000
Sterling, CO 80751
PRO SE

**IT IS FURTHER ORDERED** that the Plaintiff shall appear telephonically, and the plaintiff's case manager or other staff shall make the appropriate arrangements to permit plaintiff's attendance at the Status Conference and shall contact the court at the time of the conference by calling the court at (303) 844-2403.

Please remember that **everyone** seeking entry into the Alfred A. Arraj United States Courthouse will be required to show valid photo identification.  <u>See</u> D.C.COLO.LCivR 83.2.  Failure to comply with this requirement will result in denial of entry into the Alfred A. Arraj United States Courthouse.

Done and signed this 24th day of March, 2016.

BY THE COURT:

<u>s/Michael J. Watanabe</u>
MICHAEL J. WATANABE
United States Magistrate Judge